# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIKA DENTON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF YAKIMA, a Washington municipal corporation,<br><br>　　　　　　　　Defendant. | NO. 1:17-CV-3202-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Expedited Stipulated Motion for Order of Dismissal with Prejudice. ECF No. 45. The parties have stipulated to the dismissal of this action with prejudice and without costs, expenses, or attorney fees to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this matter are **DISMISSED** with prejudice and without an award of costs, expenses or attorney fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

The District Court Executive is hereby directed to enter this Order, enter Judgment of Dismissal, furnish copies to the parties, and **CLOSE** the file.

**DATED** October 1, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2